WILLIAM F. SUTTON, Appellant, v. GEORGE W. HERZ et al., as Trustees, et al., Respondents.—

Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

NAT TAGER, Respondent, v. HEALY AVE. REALTY CORP. et al., Appellants.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

SAMUEL W. TAYLOR, Appellant, v. EVELYN G. LEVKOFF et al., Respondents.—

Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

WINIFRED CONMY, Respondent, v. ST. VINCENT'S RETREAT FOR NERVOUS & MENTAL DISEASES, Appellant.—

We are of the opinion that the finding of negligence was contrary to the weight of the credible evidence. We are also of the opinion that it was error for the court to refuse to charge with respect to the assumption of risk, as requested by the defendant. The request was made before the jury was charged, and the exception was timely (Civ. Prac. Act, § 446). Nolan, P. J., Beldock, Ughetta, Kleinfeld and Brennan, JJ., concur.